UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22872-MGC

CHRISTOPHER HANSEN,
    Plaintiff,

vs.

LAS VINAS INVESTMENTS, LLC,
and LAS VINAS BBQ, LLC,
    Defendant.

## NOTICE OF SETTLEMENT

The Plaintiff, through undersigned, hereby notifies the Court that the Parties have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing closing documents and will be moving for dismissal with prejudice.

Dated this August 5, 2020.

LAUREN N. WASSENBERG, ESQ.
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, FL 33431
Ph: 561.571.0646 | Fx: 561.571.0647
WassenbergL@gmail.com

By: s/ Lauren N. Wassenberg
    Lauren N. Wassenberg, Esq.
      (Fla. Bar No. 34083)

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By:  s/ Lauren N. Wassenberg
                 Lauren N. Wassenberg, Esq.
                   (Fla. Bar No. 34083)