UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22872-Civ-COOKE/GOODMAN

CHRISTOPHER HANSEN,

    Plaintiff,

vs.

LAS VINAS INVESTMENTS, LLC., and
LAS VINAS BBQ, INC.

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE UPON NOTICE OF SETTLEMENT**

THIS MATTER comes before me on the Plaintiff's Notice of Settlement (ECF No. 6). The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Plaintiff filing a notice of dismissal, or the parties filing a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). If the parties file a stipulation of final dismissal and desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). A notice of dismissal, or a stipulation of dismissal must be filed within 30 days of this Order. The Clerk will *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, Miami, Florida, this 5th day of August 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*